ATLANTIC & BIRMINGHAM RAILROAD COMPANY *v.* ROLERSON.

COBB, J.　The evidence authorized the verdict, and there was no error requiring the granting of a new trial.　　　*Judgment affirmed.　By five Justices.*

Submitted June 12, — Decided July 1, 1903.

Action for damages.　Before Judge Reynolds.　City court of Waycross.　September 6, 1902.

*J. L. Sweat,* for plaintiff in error.
*Leon A. Wilson* and *W. F. Crawley,* contra.